# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00244-CV

**Greg Daniels, Appellant**

**v.**

**Magnolia Nash, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-08-000274, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Greg Daniels appeals a final judgment that was signed on July 20, 2011. Rule 26.1 of the Texas Rules of Appellate Procedure provides that an appeal is perfected in a civil case when notice of appeal is filed within thirty days after the judgment is signed, unless a motion for new trial is timely filed. Tex. R. App. P. 26.1. Where a motion for new trial has been filed, notice of appeal must be filed within ninety days after the judgment is signed. *Id*.

In this case, Daniels filed a motion for new trial on August 22, 2011. Because Daniels filed his motion for new trial more than thirty days after the judgment was signed, his motion for new trial was untimely. *See* Tex. R. Civ. P. 329b (providing that motion for new trial must be filed within thirty days after judgment is signed). Accordingly, notice of appeal was due on August 19, 2011, and not filed until October 18, 2011. Because the notice of appeal was not timely filed,

this Court does not have jurisdiction over the appeal.  Accordingly, we dismiss the appeal for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson, and Goodwin

Dismissed for Want of Jurisdiction

Filed:   May 18, 2012